DORIS A. TIMBY, as Administratrix of the Estate of WILLIAM H. TIMBY, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

ELIZABETH F. RICE, as Administratrix of the Estate of FRED D. RICE, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

HERVIE E. TOWNER, as Administratrix of the Estate of LEON E. TOWNER, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

JOSEPH MANDELL, Individually and as Administrator of the Estate of ANGELINE MANDELL, Deceased, Appellant, v. GEORGE A. ROBINSON, Doing Business under the Name of ROCHESTER FIREWORKS COMPANY, Respondent, et al., Defendants.— Judgment and order affirmed, with costs on authority of *Covino* v. *Robinson* (268 App. Div. 887, motion for leave to appeal denied, 294 N. Y. ——, decided January 11, 1945). All concur. (The judgment dismisses plaintiff's complaint as to defendant Robinson, on motion of said defendant, in an action for damages for the death of plaintiff's intestate alleged to have resulted while she was an employee in defendant's factory. The order is the order of dismissal.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.